THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONALD E. WRIGHT, Defendant-Appellant.

(No. 61125;

First District (4th Division)—May 28, 1975.

Opinion by Mr. JUSTICE JOHNSON.

No appearance for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* DANIEL STEELE, Defendant-Appellee.

(Nos. 57524-25 cons.;

First District (1st Division)—June 2, 1975.

Opinion by Mr. JUSTICE EGAN.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Patrick T. Driscoll, Jr., and William K. Hedrick, Assistant State's Attorneys, and Larry L. Thompson, Law Student, of counsel), for the People.

James J. Doherty, Public Defender, of Chicago (James N. Gramenos, Assistant Public Defender, and Robert T. Badesch, Law Student, of counsel), for appellee.